UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**THOMAS L. PENTICOFF**                                                                            **PLAINTIFF**

CASE NO. 07-5166

**v.**

**MERCK & CO., INC., and**
**PFIZER, INC.**                                                                          **DEFENDANTS**

<u>**ORDER**</u>

Now on this 13th day of November, 2007 comes the **Motion by Defendant Merck & Co., Inc. to Stay all Proceedings Pending a Decision on Transfer by the Judicial Panel on Multidistrict Litigation** (document #3). The Court, having review the motion, and being well-advised that plaintiff has no objection, finds that the motion should the **GRANTED**.

IT IS, THEREFORE, ORDERED that all proceedings in this matter are stayed until the Judicial Panel on Multidistrict Litigation renders a decision regarding the transfer of this case to *In re VIOXX Prods. Liab. Litig.* (MDL) No. 1657, the MDL proceeding that has been established in the Eastern District of Louisiana.

IT IS SO ORDERED.

                                                                       /s/ Jimm Larry Hendren
                                                                       JIMM LARRY HENDREN
                                                                       UNITED STATES DISTRICT JUDGE