IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

THOMAS L. PENTICOFF                                                                  PLAINTIFF

      v.                              CIVIL NUMBER 07-5166

MERCK & CO., INC. and PFIZER, INC.                                      DEFENDANTS

## ORDER REOPENING CASE

      Now on this 4th day of December, 2007, the above referenced matter comes on for this Court's consideration. The Court, being well and sufficiently advised, finds that this matter should be, and it hereby is, reopened at this time.

      IT IS SO ORDERED.


                                                /s/Jimm Larry Hendren
                                                HONORABLE JIMM LARRY HENDREN
                                                UNITED STATES DISTRICT JUDGE